**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6080

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ROBERTO ANTOINE DARDEN, a/k/a Dizz-e, a/k/a Javon,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:11-cr-00052-AWA-LRL-1)

Submitted:  May 7, 2024                                    Decided:  July 31, 2024

Before WYNN and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roberto Antoine Darden, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberto Antoine Darden appeals the district court's order denying Darden's motions to compel counsel to provide him with case material and for disclosure of grand jury matters. We have reviewed the record and conclude that the district court did not abuse its discretion in denying Darden's motions. Accordingly, we affirm the district court's order. *United States v. Darden*, No. 4:11-cr-00052-AWA-LRL-1 (E.D. Va. Jan. 5, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*